**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LATAM Airlines Group S.A., *et al.*,[1] | ) | Case No. 20-11254 (JLG) |
|  | ) |  |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

<u>**STATEMENT OF FINANCIAL AFFAIRS FOR**</u>
<u>**HOLDCO COLOMBIA II SPA (CASE NO. 20-11276)**</u>

---

1 The Debtors in these Chapter 11 Cases, along with each Debtor's U.S. or local tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (20-341843996); Holdco Colombia II SpA (76-9336885); Holdco Colombia I SpA (76-9310053); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.:  20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On May 26, 2020 (the "Initial Petition Date"), LATAM Airlines Group S.A. ("LATAM Parent") and 28 of its affiliated debtors and debtors in possession in the above-captioned Chapter 11 cases (each an "Initial Debtor" and, collectively, the "Initial Debtors") commenced voluntary cases (the "Initial Chapter 11 Cases") under chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

On July 7, 2020 and July 9, 2020 (each, a "Subsequent Petition Date" and, together with the Initial Petition Date, as applicable to each Debtor (as defined below), the "Petition Date"), additional LATAM affiliates (the "Subsequent Debtors" and, together with the Initial Debtors, the "Debtors") filed voluntary petitions under chapter 11 of the Bankruptcy Code (the "Subsequent Chapter 11 Cases" and, together with the Initial Chapter 11 Cases, the "Chapter 11 Cases").

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's U.S. or local tax identification number (as applicable), are:  LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (20-341843996); Holdco Colombia II SpA (76-9336885); Holdco Colombia I SpA (76-9310053); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A).  For the purpose of these Chapter 11 cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 20-11254 (JLG).

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to Bankruptcy Code section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with unaudited information available as of the applicable Petition Date.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each of the Debtors' Schedules, sub-Schedules, Statements, sub-Statements, exhibits, and continuation sheets, and should be referred to in connection with any review of the Schedules and Statements. Disclosure of information in one Schedule, sub-Schedule, Statement, sub-Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

**Reservation of Rights**. The Debtors' Chapter 11 Cases are large and complex. The Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the information that was available to them at the time of preparation.

The Debtors have made reasonable efforts to schedule the assets and liabilities, required financial information, and cash disbursements according to the appropriate Debtor entity. However, because LATAM's accounting systems and practices were developed for consolidated reporting purposes, it is possible that not all scheduled information is attributed or recorded with the correct Debtor entity on these Schedules and Statements.

Subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are accurate and/or complete. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly. Due to the complexity and size of the Debtors' businesses, however, the Debtors may have improperly characterized, classified, categorized, or designated certain items. In addition, certain items reported in the Schedules and Statements

2

could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract.  Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection.  The Debtors reserve their respective rights to dispute, or assert offsets, setoffs, or defenses to, any claim reflected on the Schedules as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent, and/or unliquidated.

1.    **Basis of Presentation**.  LATAM Parent historically prepared consolidated quarterly and annual consolidated financial statements that were audited annually and included all of the Debtors, as well as affiliated non-Debtor entities (together, "LATAM").  Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by LATAM.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with IFRS (International Financial Reporting Standards), the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with IFRS.

2.    **Reporting Date**.  Each Debtor operates on a fiscal year ending on December 31st annually.  All asset and liability information, except where otherwise noted, is provided as of the applicable Petition Date.

3.    **Currency**.  All amounts are reflected in U.S. dollars, which LATAM uses as its reporting currency.

4.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expense.  Actual results could differ materially from these estimates. The Debtors reserve the right to amend the reported amounts of assets, liabilities, revenues, and expenses to reflect changes in those estimates or assumptions.

3

**5.**    <u>**Totals**</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined values or, conversely, claims listed as unliquidated, contingent and/ or disputed, the actual totals may be different than the listed totals.

**6.**    <u>**Undetermined, To be Determined or Unknown Amounts**</u>.  The description of an amount as "undetermined," "to be determined," or "unknown" is not intended to reflect upon the materiality of such amount.  Certain amounts may be clarified during the course of the Chapter 11 Cases.

**7.**    <u>**Asset Presentation and Valuation**</u>.  The Debtor assets presented are based on values consistent with their books and records.  These values do not purport to represent the ultimate value that would be received in the event of a sale, and may not represent economic value as determined by an appraisal or other valuation technique.  As it would be prohibitively expensive and an inefficient use of estate assets for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (*e.g.*, net book value), rather than current economic values, is reflected on the Schedules and Statements.

**8.**    <u>**Cash Management.**</u> The Debtors use an integrated, centralized cash management system to facilitate the collection, concentration and disbursement of the various Debtors' funds in approximately twenty-eight countries around the world.  As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.  A description of the Debtors' prepetition cash management system is contained in the *Motion of the Debtors for Interim and Final Orders Authorizing Continued Use of Cash Management System* [Docket No. 19] and further detail is contained in the *Motion to Authorize Debtors' Motion for Entry of Interim and Final Orders Directing Certain Orders in the Chapter 11 Cases of LATAM Airlines Group S.A. et al. Be Made Applicable to Subsequent Debtors* [Docket No. 484].

**9.**    <u>**Contingent Assets and Causes of Action**</u>.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any causes of action, avoidance actions, controversy, right of set-off, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly  or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

4

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (i) guarantees, (ii) indemnities, (iii) intercompany loans, (iv) tax-sharing agreements, (v) warranties, (vi) operational and servicing agreements, (vii) shared service agreements, and (viii) other arrangements.

10.     **Guarantees and Other Secondary Liability Claims**.    The Debtors have used their reasonable best efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other similar agreements.   Where such Guarantees have been identified, they have been included in the relevant Schedules of the Debtor or Debtors affected by such Guarantees. Where a Guarantee exists, co-obligors are listed on a Debtor's Schedule H to the extent the Debtor is either the primary obligor or the guarantor of the relevant obligation. To the extent that a Debtor is a guarantor, such Guarantees are also listed on its Schedule D or E/F, as appropriate, and listed as "contingent" and "unliquidated" unless otherwise specified. Further, it is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.   Thus, the Debtors reserve their rights to amend the Schedules and Statements to the extent that additional Guarantees are identified.   In addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize, reclassify, add, or remove any such contract or claim.

11.     **Pledged Assets**.   A significant amount of the assets listed on the Debtors' Schedule A/B have been pledged as collateral by the Debtors.   Assets pledged as collateral include, among other things, cash, securities, inventories, equipment, aircraft, engines, spare parts, equity interests in subsidiaries, contract rights, and other related assets.

In certain instances, LATAM Parent or another Debtor may be a co-obligor or guarantor with respect to the obligations of another Debtor or non-Debtor, which obligation or guarantee is secured by property pledged by the Debtor.  To the extent that the Debtor no longer holds title to the pledged collateral securing the obligation or guarantee, such obligation or guarantee is considered unsecured and is listed on that Debtor's Schedule F.

12.     **Leases and Executory Contracts**.   Certain leases relating to LATAM's fleet are reflected twice in a Debtor's Schedules – once in the Debtor's Schedule G as an executory contract and again in the in its Schedule D or F, as appropriate, as a contingent, unliquidated claim on account of the Debtor's corresponding obligations under the lease or contract.  Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases identified in the Schedules or Statements, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect, and the Debtors reserve all of their rights.

5

**13.    Aircraft.**  As of the Initial Petition Date, the Initial and Subsequent Debtors together operated 340 aircraft, the bulk of which were not owned directly by the Debtors and are therefore not reflected as assets on their respective Schedule A/B. These 340 aircraft comprised the entirety of LATAM's fleet, with the Initial Debtors' fleet consisting of 320 aircraft and the Subsequent Debtors' fleet consisting of the remaining 20 aircraft.  As of the Initial Petition Date, the Initial Debtors subleased 160 of the aircraft in their fleet to the Subsequent Debtors.

As to the 320 aircraft comprising the Initial Debtors' fleet, as of the Initial Petition Date: (a) 30 aircraft were directly owned by Initial Debtors;  (b) 5 aircraft were owned by trusts (each, a "Leasing Trust") in which certain of the Initial Debtors held the beneficial interests (see Global Note in response to Statement Question 12 for more detail regarding the Leasing Trusts); and (c) the remaining 285 aircraft were leased by the Initial Debtors through a combination of 187 finance and tax leases and 98 operating leases with third parties.

As to the 20 aircraft comprising the Subsequent Debtors' fleet, as of their respective Petition Dates: (a) 2 aircraft were directly owned by Subsequent Debtors; and (b) the remaining 18 aircraft were leased by the Subsequent Debtors through a combination of 15 finance and tax leases and 3 operating leases with third parties.

Under a finance or tax lease, the Debtor leases an aircraft through a separate entity (a Special Purpose Vehicle, "SPV") that is the legal owner of the aircraft.  The SPV generally finances the acquisition of the aircraft by issuing debt to a third party lender.  To the extent that a Debtor guarantees the financial obligations of an SPV to the third party lender, such guarantee is listed in accordance with Global Note 10 above.  To the extent that a Debtor owns an SPV or holds the beneficial interest in a Leasing Trust, such ownership interest will be listed on that Debtor's Schedule A/B without reference to the underlying assets of the SPV or trust.  The Debtor may then operate the aircraft or sublease the aircraft to another Debtor or non-Debtor.

Under an operating lease, the Debtor leases an aircraft directly from a third party lessor, and in some occasions, may sublease the aircraft to another Debtor or non-Debtor.

To the extent that a Debtor leases an aircraft from a non-Debtor lessor, either from an SPV or a third party under an operating lease, such lease will be reflected in the Debtor's Schedule F, as a contingent and unliquidated claim, and also in its Schedule G.  This treatment likewise applies to situations where a Debtor leases or subleases an aircraft from another Debtor.

**14.    Intercompany Transactions.**  Net intercompany balances between a given Debtor and other LATAM entities as of the applicable Petition Date are reported on such Debtor's Schedules in response to Question AB77 (Other property of any kind not already listed) for net intercompany receivables and Question F for any net intercompany payables.  Furthermore, revenues listed in Statement Part 1 (Income) include gross intercompany revenue and do not reflect any intercompany setoffs or eliminations.

**15.    Liabilities**.  Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time.  In such cases, the amounts are listed as "unknown," "to be

6

determined," or "undetermined."  Further, liabilities such as certain deferred liabilities, accruals, or general reserves are not included as they are general estimates and do not represent specific claims as of the Petition Date for each Debtor.  Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtors' total liabilities as noted on any financial statements issued prior to the Petition Date.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**16.**    **Creditor Facilities**.  Although there may be multiple parties that hold a portion of the debt comprising the Debtors' prepetition credit facilities and notes, only the administrative agents and indenture trustees, as applicable, have been listed for purposes of Schedule D, E/F, and H.

**17.**    **Confidentiality**.  The home addresses of most of the Debtors' current and former employees (including directors and officers) may reflect the office locations of the employees.

**18.**    **First Day Orders**.    The Bankruptcy Court has authorized (each, a "First Day Order") the Debtors to pay, in whole or in part, various outstanding prepetition claims, including but not limited to, payments relating to the Debtors' employee wages and compensation, severance, benefits, and reimbursable business expenses; goods and services ordered prepetition but received post-petition; customer programs and obligations;  insurance obligations; and pre-petition taxes and fees.   Given that certain of these claims are anticipated to be paid in accordance with the First Day Orders, such claims may not be listed in the Schedules, or may otherwise be listed as "unknown" or "to be determined."

In addition, the Bankruptcy Court has authorized the Debtors to pay certain prepetition fuel vendors, critical & foreign vendors, and lienholders.  Accordingly, the scheduled claims may not reflect those prepetition expenses that have been or will be paid in accordance with the First Day Orders.

The Debtors reserve their rights to object to any listed claims on the ground that, among other things, such claims have already been satisfied pursuant to a First Day Order.  The estimate of claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**19.**    **Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules.  The Debtors have excluded the following items which may be included in their IFRS financial statements from the Schedules:  operating leases, accrued salaries, employee benefit accruals, and certain other accruals, capitalized interest, debt acquisition costs, restricted cash, goodwill, financial instruments, air traffic liabilities, certain other assets, and deferred revenues and gains.

The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist. Other immaterial assets and liabilities may also have been excluded.

20.   **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, terminated, assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction, or otherwise have expired by their terms. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been sold, abandoned, terminated, assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction, or otherwise have not expired by their terms. Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property rights.

21.   **Liens**. The inclusion on Schedule D of creditors is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever. A careful review of the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same. Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the Court as not being disputed by the Debtors. It is not the Debtors' intent that Schedules be construed to supersede any orders entered by the Bankruptcy Court.

22.   **Insiders**. For the purposes of their responses to Statement Question 28, the Debtors have listed the current officers and directors for each individual Debtor entity to the extent available based on current records. For the purposes of Statement Question 29, only certain Debtors, including LATAM Parent, have listed the names of its former officers and directors. For purposes of Statement Question 4 and 30, the Debtors have only included the following as "insiders," consistent with LATAM's financial reporting obligations to the U.S. Security Exchange Commission: all members of the board of directors of LATAM and LATAM's principal officers (members of management who are responsible for determining the Company's operating policies and financial undertakings, including Vice-Presidents, Chief Executives and Senior Directors).

Persons listed as "insiders" have been included for informational purposes only and do not constitute an admission that any such individuals are insiders for purposes of the Bankruptcy Code or otherwise. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

23.   **Signatory**. The Schedules and Statements have been signed by Ramiro Alfonsín Balza, in his capacity as Chief Financial Officer of LATAM. In reviewing and signing the Schedules

and Statements, he has necessarily relied upon the efforts, statements and representations of various of the Debtors' personnel and professionals.  He has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

**24.    COVID-19.**    The Debtors have filed these Schedules and Statements amidst the unprecedented circumstances arising from the global COVID-19 pandemic.  Such circumstances have complicated the preparation of these Schedules and Statements and Global Notes in as much as the Debtor's management and outside professionals have been limited to working remotely and have been unable to meet in person.

**25.    Limitation of Liability**.    The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or correctness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  The Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or, except to the extent required by applicable law or an order of the Bankruptcy Court, to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

**Schedules of Assets and Liabilities**

**Schedule A/B Notes**.

- General.  Each Debtor's assets in Schedule A/B are listed at net book value as of the Petition Date, unless otherwise noted, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date.

- Cash and Cash Equivalents (AB1 through AB5).  The reported bank balances (including investments and overnight accounts) and cash on hand include cash held in various currencies, converted into U.S. dollars per the Debtors' accounting policies as of the Petition Date.  Cash on hand includes cash held at airport and office locations, as well as petty cash for incidental expenses.  The Debtors excluded accounts with no current balances that may be seldomly used or inactive.

- Deposits (AB7).    The Debtors have made reasonable efforts to identify all deposits.  However, the Schedules may not reflect an exhaustive list of deposits.  The amounts listed by the Debtors in response to AB7 include deposits by Debtors that may have been offset and withdrawn post-petition by the counterparty.

- <u>Prepayments (AB8)</u>.  Included in these amounts are those pre-delivery payments (PDPs) made by the Debtors pursuant to certain aircraft purchase agreements with Airbus and Boeing in relation to future aircraft deliveries.  To the extent that a PDP was financed by a Debtor, such financing is reflected in Schedules D, E/F, G, or H, where applicable.  The Debtors also included in response to AB8 prepayments related to travel bookings, for which the Debtors make advance payments to certain third parties

- <u>Accounts Receivable (AB11)</u>.  Accounts receivable include ordinary course receivables, and may also include any net credits in favor of the Debtors with respect to their trade payables.

- <u>Non-publicly traded stock (AB15)</u>.  Ownership interests in subsidiaries, trusts, and other affiliates have been identified in AB15 in an unknown value, as the fair market value of such ownership interest would be difficult to ascertain.  Each Debtor's Schedule A/B reflects only those subsidiaries, trusts, and other LATAM entities in which the Debtor has a direct ownership interest.

- <u>Inventory (AB19 through AB26)</u>.  Items listed in AB19-26 are scheduled according to their net book value.  The Debtors have made reasonable efforts to identify or estimate all inventory included in AB21 that was purchased within the 20 days preceding the Petition Date; however, it is possible that inadvertent errors or omissions may have occurred in identifying these amounts.

- <u>Office Furniture, Fixtures and Equipment (AB38 through AB45)</u>.  Items listed in AB38-45 are scheduled according to their net book value.  The Debtors have made reasonable efforts to identify all assets; however, it is possible that inadvertent errors, misclassifications, or omissions may have occurred, or that property of *de minimis* value is not included in response to this question.

- <u>Machinery, Equipment, and Vehicles (AB46 through AB53)</u>.  Aircraft and engines listed by a Debtor in response to AB47-50 reflect only those aircraft and engines in which that Debtor holds a direct ownership interest, and are listed according to their net book value.  To the extent that a Debtor holds an ownership interest in a subsidiary or Leasing Trust that in turn holds title to an aircraft or engine, the Debtor's Schedule A/B will reflect only the ownership interest in the subsidiary or Leasing Trust and not the underlying aircraft or engine.  Those aircraft and engines leased by a Debtor, either from a subsidiary, parent, or third party, are reflected on the Debtor's Schedule G as an executory contract, with the associated obligations under the lease listed on the Debtor's Schedule F.  The Debtors have made reasonable efforts to identify all assets; however, it is possible that inadvertent errors, misclassifications, or omissions may have occurred, or that property of *de minimis* value is not included in response to this question.

- <u>Intangibles and Intellectual Property (AB60 through AB65)</u>.  The Debtors have not listed or assigned any value for their goodwill.  The Debtors do not ascribe in their books and records any value with respect to certain items listed.  Therefore, such items' net book and current value are marked as unknown.

10

- Tax Refunds and Unused Net Operating Losses ("NOL") (AB72).  Under Brazilian and Chilean tax law, the tax year in which each NOL accrued is not relevant for the application of the NOLs, which continue to accumulate and do not expire.  The Debtors therefore did not list the tax year in scheduling certain NOLs.

- Other Property of Any Kind Not Already Listed (AB77).  Each Debtor has attached an exhibit, where applicable, listing that Debtor's intercompany receivables, on a net basis, with all other LATAM entities, both Debtors and non-Debtors.  The intercompany receivables reflect amounts owed pursuant to various ordinary course transactions between LATAM entities.  The Debtors have made all reasonable efforts to schedule all outstanding obligations between each Debtor and other LATAM entities.  Nonetheless, the list may be incomplete.

**Schedule D Notes**.

- Creditors' claims on Schedule D arose, or were incurred, on various dates.  In certain instances, the date on which such claim arose may be an open issue of fact.

- Except as otherwise agreed in accordance with a stipulation and order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.  The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

- Certain claims are listed on Schedule D as "unliquidated" because the value of the collateral securing such potential claims is unknown.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

- The Debtors have not included on Schedule D the claims of any parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. The amounts outstanding under the Debtors' prepetition secured credit facilities and secured notes reflect the approximate principal amounts as of the Petition Date.

- The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in

11

these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

**Schedule E/F Notes**.

- The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date.  However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Moreover, because the Debtors have scheduled all claims in U.S. dollars, foreign creditors asserting claims in local currencies may disagree with the scheduled amounts due to differences in applied conversion rate. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules.  Parties in interest should consult their own professionals and advisors with respect to pursuing a claim.  Although the Debtors and their professionals have generated financial information and data the Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- The claims listed on Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F was incurred or arose, fixing that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

- On Schedule F, each Debtor has attached an exhibit listing that Debtor's intercompany payables, on a net basis, with all other LATAM entities, both Debtors and non-Debtors. The intercompany payables reflect amounts owed pursuant to various ordinary course transactions between LATAM entities.  The Debtors have made all reasonable efforts to schedule all outstanding obligations between each Debtor and other LATAM entities. Nonetheless, the list may be incomplete.

- The Bankruptcy Court has authorized the Debtors to pay, in whole or in part, prepetition claims relating to the Debtors' employee wages and compensation, benefits, and reimbursable business expenses.   Accordingly, a Debtor's Schedule E/F only reflects those employee related claims due and owing as of the Petition Date for which the Debtors did not obtain relief from the Bankruptcy Court to satisfy in whole or in part.

- Schedule E/F also contains information regarding pending litigation involving the Debtors.  However, certain omissions may have occurred.  In the case of the Subsequent Debtors only, certain litigations require that a surety bond or a bank guarantee be posted by the Debtor, and in such cases, these financial instruments are listed on the Debtor's

Schedule E/F while the associated litigations are excluded to avoid duplication. The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

- All asserted or potential litigation-related claims referenced in Schedule E/F are contingent, unliquidated, and disputed. Specific disclosure regarding asserted or potential litigation-related claims may be subject to certain disclosure restrictions and/or may be of a peculiarly personal and private nature. The Debtors continue to research any possible restrictions with respect to disclosure of asserted or potential litigation-related claims. The Debtors will amend or supplement these Schedules and Statements as necessary or appropriate in this regard.

- Certain litigations reflected as claims for or against one Debtor may relate to one or more of the other Debtors. The Debtors have made commercially reasonable efforts to record these actions in the Schedules and Statements of each Debtor that is party to the action. For the Initial Debtors, where this was not possible, LATAM Parent was listed as the defendant. Moreover, given the number of litigations involving Debtors, the Schedules do not contain specific details of every litigation, such as the names and addresses of each party to a given litigation.

- In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Furthermore, payments to critical and foreign vendors, lienholders and fuel suppliers made subsequent to the filing of these Schedules will not reflected in these Schedules. The Debtors reserve the right, but are not required, to amend Schedules E/F if they receive such invoices and/ or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect all credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

**Schedule G Notes**.

- The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the

13

classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- In some cases, the same contract counterparty appears multiple times in a Debtor's Schedule G. This multiple listing is generally intended to reflect distinct agreements between the applicable Debtor and such counterparty, however, due to the magnitude of data, it is possible that a multiple listing may be the result of duplicates.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. A Debtor's Schedule G may be amended at any time to add or remove, as the case may be, any omitted contract, agreement or lease.

- The contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended, and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

- Certain of the leases listed on Schedule G may contain renewal options, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may also be in the nature of conditional sales agreements or secured financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

- To the extent that a Debtor is the lessee of an aircraft and also subleases the aircraft to another LATAM entity, both the lease and the sublease will be listed on the Debtor's Schedule G, in its capacity as lessee and sublessor, respectively.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, in certain instances, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained. In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**Schedule H Notes**.

- In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation and claims. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other

14

parties.  All such claims are "contingent," "unliquidated," and "disputed," and not all claims may have been set forth individually on Schedule H.

## Statement of Financial Affairs

**Statement Question 1 and 2 – Revenue**.   Intercompany eliminations are not included.

**Statement Question 3 – 90 Day Payments.**   Due to the complex nature of LATAM's global operations, the listed 90-day payments likely do not constitute an exhaustive list.  The Statements may not include payments that were made by non-Debtor LATAM affiliates where part, or all, of the payment benefitted one or more of the Debtors.  Likewise, some disbursements made by one or more of the Debtors within the 90-day period may have benefitted non-Debtors LATAM affiliates.  Payments by Debtors to vendors through intermediaries may not reflect the ultimate beneficiary of these payments;  however, the Debtors have worked to reclassify these payments where possible.

**Statement Question 4 – Payments to Insiders.**   The response of LATAM Parent to Statement Question 4 contains the full list of payments made to insiders on behalf of all Debtors in the aggregate during the one year preceding LATAM Parent's Petition Date.  Because the response of LATAM Parent lists the aggregate payments to each insider, which are inclusive of those insider payments made on account of all other Debtors, the Statements of the remaining Debtors do not include any separate responses to Statement Question 4. Due to privacy and security concerns associated with the public disclosure of the names and income of the Debtors' officers and employees in their home countries, the Debtors have redacted the names of the transferees listed in response to Statement Question 4, and have instead identified the transferees by "Individual 1," Individual  2," etc.   Additionally, because certain senior officers would otherwise be easily identifiable based on their respective incomes, in the interest of their privacy and security, the Debtors have also redacted the amounts of the payments for these officers. Refer to Global Note "Insiders" for further information.

**Statement Question 6 – Setoffs.**   The Debtors are routinely subject to setoffs from third parties in the ordinary course of business.   Setoffs in the ordinary course result from routine transactions, including but not limited to, intercompany transactions, counterparty settlements (in particular, interline ticketing setoffs with other carriers, *e.g.* IATA or other interline settlements), pricing discrepancies, setoffs with credit card processing companies, and other disputes between Debtors and third parties. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and are not listed in the Debtors' responses to Statement Question 6.  Furthermore, the Debtors engage in certain customer programs, including credits and refunds.  Such transactions were also not included in responding to Statement Question 6, although the Debtors reserve all rights with respect thereto and make no admission of waiver thereby.  The Debtors reserve all rights to enforce or challenge any setoffs that have been or may be asserted.

**Statement Question 7 – Legal Actions.**   The Debtors have made reasonable best efforts to identify all current pending litigation involving the Debtors; however, certain omissions may have occurred.  In the interest of efficiency, certain legal actions with relatively small amounts in

dispute have been listed on the Schedule of LATAM Parent, regardless of which Debtor is the named defendant in such legal action.

**Statement Question 9 – Certain Gifts and Charitable Contributions.** In response to Statement Question 9, the Debtors did not include non-cash gifts such as frequent flier program mile donations and ticket upgrades, which were deemed to have no value to the Debtors.

**Statement Question 10 - Certain Losses**. The Debtors did not include losses covered by insurance in their responses to Statement Question 10.

**Statement Question 12 – Self-Settled Trusts.** The Debtors have established certain domestic aircraft trusts for the purposes of holding title to aircraft eligible for FAA registration in the United States. To the extent that a Debtor is the settlor and beneficiary of such an aircraft trust that holds title to an aircraft, the Debtor's beneficial ownership interest in the trust will be listed as personal property on its Schedule A/B, the trust agreement with the aircraft trustee will be listed on Schedule G, and the Debtor's corresponding obligations to the aircraft trustee will be listed as a contingent, unsecured unliquidated claim on its Schedule F. To the extent that a Debtor holds an ownership interest in a subsidiary LATAM entity that in turn is the settlor and beneficiary of such an aircraft trust, only the Debtor's ownership interest in the subsidiary will be listed as personal property on the Debtor's Schedule A/B.

**Statement Question 14 – Previous Addresses**. Due to the consolidated nature of LATAM's operations, the same address may be listed on the schedules of multiple Debtors. In certain instances, the Debtors have listed airport addresses generally, without identifying any specific offices, terminals, warehouses, hangars, or other structures in which the Debtors physically operated. This is customary practice and received mail is sorted accordingly for delivery at airports. The Debtors also excluded from their responses any airport locations at which they did not have routine operations during the specified time period.

**Statement Question 16 – Personally Identifiable Information**. The LATAM company privacy policies are disclosed on its public website, in multiple languages, and are presented to customers upon booking tickets or signing up for frequent flyer programs.

**Statement Question 17 – ERISA Plan as an Employee Benefit**. Certain Debtors sponsor ERISA plans for their U.S. employees only. These 401(k) plans are included in the exhibit for Statement Question 32. The Debtors do not sponsor a pension fund.

**Statement Question 20 – Off-Premises Storage.** In response to Statement Question 20, the Debtors listed off-premises storage of inventory of such as archived documents and boarding materials, including blankets and pillows. The appropriate employees are provided with access to these facilities as per the Company's policies. Due to the consolidated nature of the Debtors' books and records, each Initial Debtor's response to Statement Question 20 contains the aggregate list of all property stored off premises for all Initial Debtors; likewise each Subsequent Debtor's response contains the aggregate list of property for all Subsequent Debtors. Aircraft parked at off-premises facilities are excluded.

**Statement Question 21 – Property Held for Another.**  In response to Statement Question 21, the Debtors did not include property owned by third parties held by a Debtor during repair or otherwise in the ordinary course of business where possession is temporary and for the purpose of addressing operational needs.  All property listed in response to Statement Question 21 for all Initial Debtors was aggregated under LATAM Parent;  likewise, all property listed in response to Statement Question 21 for all Subsequent Debtors was aggregated under TAM Linhas Aéreas S.A.

**Statement Question 25 – Businesses in Which the Debtors Have an Interest.**  Given the complexities of the organizational structure of the Debtors, for purposes of Statement Question 25, the Debtors have listed only the direct subsidiaries of each Debtor entity.

**Statement Question 26b - Firms or Individuals Who Have Audited, Compiled, Or Reviewed Debtor's Books.**  Other third parties may have audited, compiled, or reviewed the Debtor's books but are not included in the Debtors' responses to Statement Question 26b.

**Statement Question 26c – Firms or Individuals in Possession of Debtor's Books of Account and Records.**  Other third parties besides those listed may possess a subset of the Debtor's books and records but are not included in the Debtors' responses to Statement Question 26c.

**Statement Question 26d – Recipients of Financial Statements.**  LATAM Parent is a publicly traded company with publicly available financial statements.  Any number of parties may have received LATAM Parent's financial statements for the purposes of Statement Question 26d.  For this reason, LATAM Parent and each of the Debtors, which are all direct or indirect subsidiaries of LATAM Parent, did not provide a response to Statement Question 26d.

**Statement Question 27 – Inventories.**  The Debtors' responses to Statement Question 27 do not include routine informal inventories, during which Debtors perform cycle counts on parts and other operational inspections, or the Debtors' ordinary course maintenance of inventory records as part of their overall financial and accounting systems.

**Statement Question 28 and 29 – Current and Former Officer and Directors.**  While the Debtors have made reasonable best efforts to list all current officers and directors for each Debtor in response to Statement Questions 28 and 29, some may have been omitted.  The exercise of obtaining contact information for all prior officers and directors of all Debtors, especially for the smaller subsidiary Debtors, would incur a significant burden on the Debtors' management without providing much corresponding benefit in terms of useful information to creditors and parties in interest.  See Global Note "Insiders" for further information.

**Statement Question 30 – Payments, Distributions, or Withdrawals to Insiders.**  Refer to Statement Question 4 for this item.

**Statement Question 32 – Contributions to Pension Funds.**  While the Debtors in total contribute to approximately 59 different pension funds and similar government programs as required by local labor laws, they do not sponsor any pension funds.

**Fill in this information to identify the case:**

Debtor name    **Holdco Colombia II SpA**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-11276**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.   **Please refer to Global Note on Statement Question 4** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | Holdco Colombia II SpA | Case number *(if known)* | 20-11276 |
| --- | --- | --- | --- |

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

Debtor    **Holdco Colombia II SpA**                                    Case number *(if known)* **20-11276**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **See Attached SOFA Part 7, Question 14** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Holdco Colombia II SpA** | Case number *(if known)* | **20-11276** |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **See Attached SOFA Part 10, Q20** | - | | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Debtor | **Holdco Colombia II SpA** | Case number *(if known)* **20-11276** |
|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **AEROVÍAS DE INTEGRACIÓN REGIONAL S.A**<br>**AV.EL DORADO NO. 103-08**<br>**ENTRADA 1-HANGAR**<br>**BOGOTA COLOMBIA** | **SCHEDULED PASSENGER AIR TRANSPORTATION** | EIN: **98-0640393**<br><br>From-To **N/A TO PRESENT** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **See Attached SOFA Part 13, Question 26a** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **DELOITTE AUDITORES Y CONSULTORES LTDA**<br>**CARLOTA TORRES, ROSARIO NTE 407**<br>**LAS CONDES, REGION METROPOLITANA**<br>**SANTIAGO 756156 CHILE** | **N/A - PRESENT** |

Debtor    **Holdco Colombia II SpA** _____    Case number *(if known)* **20-11276** _____

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **PRICEWATERHOUSECOOPERS CONSULTORES AUDITORES SPA., AV. ANDRES BELLO 2711 LAS CONDES, REGION METROPOLITANA SANTIAGO, CHILE 7550611** | **2018 - PRESENT** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **PricewaterhouseCoopers Consultores Auditores SpA Av. Andrés Bello 2711, 5th floor Las Condes, Santiago, Chile** | |
| 26c.2. | **LATAM Airlines Group S.A Estado 10, Piso 11 Santiago, Chile** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **LATAM Airlines Group S.A. and its subsidiaries are a public company that have distributed financials to numerous parties in the ordinary course.** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LAN PAX GROUP, S.A.** | **AV. PRESIDENTE RIESCO #5711 DEPTO. #2001 LAS CONDES, REPUBLIC OF CHILE SANTIAGO** | **SHAREHOLDER** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Holdco Colombia II SpA**                                    Case number *(if known)*    **20-11276**

☐ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Please refer to Global Note on Statement Question 30** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **HOLDCO COLOMBIA II SPA** | **EIN:    76.933.688-5** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2020**

**/s/ Ramiro Alfonsín Balza**                              **Ramiro Alfonsín Balza**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes

In re Holdco Colombia II SpA
Case No. 20-11276
SOFA: Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE SPACE | AMERICO VESPUCIO 901, RENCA | SANTIAGO | | | CHILE | 11/19/2019 | PRESENT |
| ADMINISTRATIVE SPACE | APOQUINDO 5950, PISO 4, LAS CONDES. | SANTIAGO | | | CHILE | 8/7/2019 | PRESENT |
| ADMINISTRATIVE SPACE | AV. ANDRES REYES NRO. 338 URB. JARDIN (PISO 6) SAN ISIDRO | LIMA | | | PERU | 11/1/2018 | 5/31/2020 |
| ADMINISTRATIVE SPACE | AV. AREQUIPA 4005 | LIMA | | | PERU | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | AV. AREQUIPA 4005 - MIRAFLORES | LIMA | | | PERU | 7/3/1905 | PRESENT |
| ADMINISTRATIVE SPACE | AV. ELMER FAUCETT 2823 INT 401 | LIMA | | | PERU | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | AV. JOSE PARDO 513 | LIMA | | | PERU | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | AV. JOSÉ PARDO 513 | LIMA | | | PERU | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | AV. PDTE. RIESCO 5711, PISO 10-17-18-19-20. LAS CONDES | SANTIAGO | | | CHILE | 12/27/2019 | PRESENT |
| ADMINISTRATIVE SPACE | AV. PDTE. RIESCO 5711, PISO 6. LAS CONDES. | SANTIAGO | | | CHILE | 4/2/2007 | PRESENT |
| ADMINISTRATIVE SPACE | AV. PDTE. RIESCO 5711, PISO 7. LAS CONDES. | SANTIAGO | | | CHILE | 4/1/2011 | PRESENT |
| ADMINISTRATIVE SPACE | AV. RAFAEL OBLIGADO 1221 | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | AV.ANGAMOS OESTE 686 | LIMA | | | PERU | 10/1/2018 | PRESENT |
| ADMINISTRATIVE SPACE | BASE DE MANTENIMIENTO LAN EN CÉSAR LAVÍN TORO Nº 2198 | SANTIAGO | | | CHILE | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | CAL. JULIO EL CORROBARRUTIA 628 | LIMA | | | PERU | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | CAR. COSTANERA SUR KM 7-8 | SANTIAGO | | | CHILE | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | CERRO EL PLOMO 5718, PISO 19. LAS CONDES | SANTIAGO | | | CHILE | 11/1/2009 | PRESENT |
| ADMINISTRATIVE SPACE | CERRO EL PLOMO 5718, PISO 6. LAS CONDES | SANTIAGO | | | CHILE | 5/22/2007 | PRESENT |
| ADMINISTRATIVE SPACE | ESTADO 10 PISO 16 SANTIAGO, OF. 1602 | SANTIAGO | | | CHILE | 9/7/2007 | 4/5/2020 |
| ADMINISTRATIVE SPACE | ESTADO 10 PISO 6 SANTIAGO, PISO 6 | SANTIAGO | | | CHILE | 4/1/2013 | 3/16/2020 |
| ADMINISTRATIVE SPACE | ESTADO 10, PISO 0-2-3-10-11-12-13-18-19-20-21, SANTIAGO | SANTIAGO | | | CHILE | 12/27/2019 | PRESENT |
| ADMINISTRATIVE SPACE | PBLO. SAUSA JR. FRANCISCO CARLE S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| ADMINISTRATIVE SPACE | ROSARIO NTE 100, PISO 11. LAS CONDES. | SANTIAGO | | | CHILE | 11/30/2012 | PRESENT |
| ADMINISTRATIVE SPACE | ROSARIO NTE 407, PISO 12, LAS CONDES | SANTIAGO | | | CHILE | 4/1/2014 | PRESENT |
| ADMINISTRATIVE SPACE | SEC. SHUMBA S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | ADZ - GUSTAVO ROJAS PINILLA INTERNATIONAL AIRPORT | SAN ANDRÉS | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | AEP - JORGE NEWBERY AIRPARK | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | AEROPUERTO INTERNACIONAL ELOY ALFARO | MANTA | | | ECUADOR | UNKNOWN | PRESENT |
| AIRPORT | AEROPUERTO INTERNACIONAL MATECAÑA | PEREIRA | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | AKL - AUCKLAND AIRPORT | AUCKLAND | | | NEW ZEALAND | UNKNOWN | PRESENT |
| AIRPORT | ANF - CERRO MORENO | ANTOFAGASTA | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | AQP - RODRÍGUEZ BALLÓN INTERNATIONAL AIRPORT | AREQUIPA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | ARI - CHACALLUTA AIRPORT | ARICA | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | ASU - SILVIO PETTIROSSI INTERNATIONAL AIRPORT | ASUNCIÓN | | | PARAGUAY | UNKNOWN | PRESENT |
| AIRPORT | AYP - AYACUCHO AIRPORT | AYACUCHO | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | BAQ - AEROPUERTO INTERNACIONAL ERNESTO CORTISSOZ | BARRANQUILLA | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | BBA - BALMACEDA AIRPORT | BALMACEDA | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | BCN - BARCELONA AIRPORT - EL PRAT | BARCELONA | | | SPAIN | UNKNOWN | PRESENT |
| AIRPORT | BEL - BOTHWELL AIRPORT | BELÉM | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | BGA -PALONEGRO AIRPORT | BUCARAMANGA | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | BOG - EL DORADO INTERNATIONAL AIRPORT | BOGOTÁ | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | BOS - GENERAL EDWARD LAWRENCE LOGAN INTERNATIONAL AIRPORT | BOSTON | | | | UNKNOWN | PRESENT |
| AIRPORT | BPS - PORTO SEGURO AIRPORT | PORTO SEGURO | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | BRC - SAN CARLOS DE BARILOCHE AIRPORT | SAN CARLOS DE BARILOCHE | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | BSB - BRASILIA INTERNATIONAL AIRPORT | BRASILIA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | BVB - BOA VISTA INTERNATIONAL AIRPORT | BOA VISTA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | CCP - CARRIEL SUR AIRPORT | CONCEPCIÓN | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | CDG - PARIS CHARLES DE GAULLE AIRPORT | PARIS | | | FRANCE | UNKNOWN | PRESENT |
| AIRPORT | CGB - MARECHAL RONDON INTERNATIONAL AIRPORT | CUIABÁ | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | CGH - SÃO PAULO–CONGONHAS AIRPORT | CONGONHAS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | CGR - CAMPO GRANDE INTERNATIONAL AIRPORT | CAMPO GRANDE | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | CIX - CHICLAYO - CAPITAN FAP JOSE A QUINONES GONZALES INTERNATIONAL AIRPORT | CHICLAYO | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | CJA - CAJAMARCA - MAYOR GENERAL FAP ARMANDO REVOREDO IGLESIAS AIRPORT | CAJAMARCA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | CJC - CALAMA - EL LOA AIRPORT | CALAMA | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | CLO - ALFONSO BONILLA ARAGON INTERNATIONAL AIRPORT | CALI | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | CLV -NELSON RIBEIRO GUIMARÃES AIRPORT | CALDAS NOVAS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | CNF - BELO HORIZONTE INTERNATIONAL AIRPORT | CONFINS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | COR - INGENIERO AMBROSIO TARAVELLA AIRPORT | CORDOBA | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | CPO - DESIERTO DE ATACAMA AIRPORT | COPIAPÓ | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | CRD - GENERAL E. MOSCONI AIRPORT | COMODORO RIVADAVIA | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | CTG - RAFAEL NUÑEZ INTERNATIONAL AIRPORT | CARTAGENA | | | COLOMBIA | UNKNOWN | PRESENT |

In re Holdco Colombia II SpA
Case No. 20-11276
SOFA: Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| AIRPORT | CUC - AEROPUERTO INTERNACIONAL CAMILO DAZA | CÚCUTA | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | CUE - MARISCAL LAMAR AIRPORT | CUENCA | | | ECUADOR | UNKNOWN | PRESENT |
| AIRPORT | CUN - CANCUN INTERNATIONAL AIRPORT | CANCUN | | | MEXICO | UNKNOWN | PRESENT |
| AIRPORT | CUZ - CUSCO - ALEJANDRO VELASCO ASTETE INTERNATIONAL AIRPORT | CUZCO | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | CWB - AFONSO PENA INTERNATIONAL AIRPORT | CURITIBA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | EYP - EL YOPAL AIRPORT | YOPAL | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | EZE - MINISTRO PISTARINI INTERNATIONAL AIRPORT | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | FLN - FLORIANÓPOLIS-HERCÍLIO LUZ INTERNATIONAL AIRPORT | FLORIANOPOLIS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | FOR - FORTALEZA-PINTO MARTINS INTERNATIONAL AIRPORT | FORTALEZA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | FRA - FRANKFURT AM MAIN AIRPORT | FRANKFURT | | | GERMANY | UNKNOWN | PRESENT |
| AIRPORT | FTE - EL CALAFATE AIRPORT | CALAFATE | RIO NEGRO | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | GIG - RIO DE JANEIRO/GALEÃO – ANTONIO CARLOS JOBIM INTERNATIONAL AIRPORT | GALEÃO | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | GPS - SEYMOUR AIRPORT | BALTRA | | | ECUADOR | UNKNOWN | PRESENT |
| AIRPORT | GRU - GOVERNADOR ANDRÉ FRANCO MONTORO INTERNATIONAL AIRPORT | GUARULHOS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | GYE - JOSÉ JOAQUÍN DE OLMEDO INTERNATIONAL AIRPORT | GUAYAQUIL | | | ECUADOR | UNKNOWN | PRESENT |
| AIRPORT | GYN - SANTA GENOVEVA/GOIÂNIA AIRPORT | GOIANIA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | HAV - JOSÉ MARTÍ INTERNATIONAL AIRPORT | LA HABANA | | | CUBA | UNKNOWN | PRESENT |
| AIRPORT | IGR - CATARATAS DEL IGUAZÚ INTERNATIONAL AIRPORT | PUERTO IGUAZU | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | IGU - FOZ DO IGUAÇU/CATARATAS INTERNATIONAL AIRPORT | FOZ DO IGUAÇÚ | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | ILQ - ILO - ILO AIRPORT | ILO | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | IMP - IMPERATRIZ-PREFEITO RENATO MOREIRA AIRPORT | IMPERATRIZ | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | IOS - BAHIA - JORGE AMADO AIRPORT | ILHEUS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | IPC - MATAVERI AIRPORT | ISLA DE PASCUA | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | IQQ - DIEGO ARACENA AIRPORT | IQUIQUE | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | IQT - IQUITOS - CORONEL FAP FRANCISCO SECADA VIGNETTA INTERNATIONAL AIRPORT | IQUITOS | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | JAE - JAE - SHUMBA AIRPORT | JAÉN | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | JAU - JAUJA - FRANCISCO CARLE AIRPORT | JAUJA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | JFK - JOHN F. KENNEDY INTERNATIONAL AIRPORT | NEW YORK | | | | UNKNOWN | PRESENT |
| AIRPORT | JJG - HUMBERTO GHIZZO BORTOLUZZI REGIONAL AIRPORT | JAGUARUNA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | JNB - O. R. TAMBO INTERNATIONAL AIRPORT | JOHANNESBURGO | | | SOUTH AFRICA | UNKNOWN | PRESENT |
| AIRPORT | JOI - JOINVILLE-LAURO CARNEIRO DE LOYOLA AIRPORT | JOINVILLE | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | JPA - PRESIDENTE CASTRO PINTO INTERNATIONAL AIRPORT | JOÃO PESSOA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | JTC - MOUSSA NAKHL TOBIAS–BAURU/AREALVA STATE AIRPORT | BAURU | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | JUL - INCA MANCO CÁPAC INTERNATIONAL AIRPORT | JULIACA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | LAX - LOS ANGELES INTERNATIONAL AIRPORT | LOS ANGELES | | | | UNKNOWN | PRESENT |
| AIRPORT | LDB - LONDRINA – GOV. JOSÉ RICHA AIRPORT | LONDRINA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | LET -ALFREDO VÁSQUEZ COBO INTERNATIONAL AIRPORT | LETICIA | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | LHR - HEATHROW AIRPORT | LONDON | | | UNITED KINGDOM | UNKNOWN | PRESENT |
| AIRPORT | LIM - LIMA - JORGE CHÁVEZ INTERNATIONAL AIRPORT | LIMA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | LIS - HUMBERTO DELGADO AIRPORT | LISBOA | | | PORTUGAL | UNKNOWN | PRESENT |
| AIRPORT | LPB - EL ALTO INTERNATIONAL AIRPORT | LA PAZ | | | BOLIVIA | UNKNOWN | PRESENT |
| AIRPORT | LSC - LA FLORIDA AIRPORT | LA SERENA | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | MAB - JOÃO CORREA DA ROCHA AIRPORT | MARABÁ | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | MAD - ADOLFO SUÁREZ MADRID–BARAJAS AIRPORT | MADRID | | | SPAIN | UNKNOWN | PRESENT |
| AIRPORT | MAO - MANAUS INTERNATIONAL AIRPORT | MANAUS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | MBJ - SANGSTER INTERNATIONAL AIRPORT | MONTEGO BAY | | | JAMAICA | UNKNOWN | PRESENT |
| AIRPORT | MCO - ORLANDO INTERNATIONAL AIRPORT | ORLANDO | | | | UNKNOWN | PRESENT |
| AIRPORT | MCP - MACAPÁ-ALBERTO ALCOLUMBRE INTERNATIONAL AIRPORT | MACAPÁ | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | MCZ - MACEIÓ/ZUMBI DOS PALMARES INTERNATIONAL AIRPORT | MACEIO | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | MDE - JOSE MARIA CÓRDOVA INTERNATIONAL AIRPORT | MEDELLÍN | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | MDZ - EL PLUMERILLO AIRPORT | MENDOZA | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | MEL - MELBOURNE AIRPORT | MELBOURNE | | | AUSTRALIA | UNKNOWN | PRESENT |
| AIRPORT | MEX - MEXICO CITY INTERNATIONAL AIRPORT | CIUDAD DE MEX | | | MEXICO | UNKNOWN | PRESENT |
| AIRPORT | MGF - SÍLVIO NAME JÚNIOR REGIONAL AIRPORT | MARINGÁ | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | MHC - MOCOPULLI AIRPORT | CHILOÉ | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | MIA - MIAMI INTERNATIONAL AIRPORT | MIAMI | | | | UNKNOWN | PRESENT |
| AIRPORT | MTR -LOS GARZONES AIRPORT | MONTERÍA | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | MVD - CARRASCO INTERNATIONAL /GENERAL C L BERISSO AIRPORT | MONTEVIDEO | | | URUGUAY | UNKNOWN | PRESENT |
| AIRPORT | MXP - MILAN MALPENSA AIRPORT | MILAN | | | ITALY | UNKNOWN | PRESENT |
| AIRPORT | NAT - AUGUSTO SEVERO INTERNATIONAL AIRPORT | NATAL | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | NQN - PRESIDENTE PERON AIRPORT | NEUQUÉN | | | ARGENTINA | UNKNOWN | PRESENT |

In re Holdco Colombia II SpA

Case No. 20-11276

SOFA:  Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| AIRPORT | NVT - NAVEGANTES–MINISTRO VICTOR KONDER INTERNATIONAL AIRPORT | NAVEGANTES | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | OCC - FRANCISCO DE ORELLANA AIRPORT | COSA | | | ECUADOR | UNKNOWN | PRESENT |
| AIRPORT | PCL - PUCALLPA - CAP FAP DAVID ABENZUR RENGIFO INTERNATIONAL AIRPORT INTERNATIONAL AIRPORT | PUCALLPA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | PDP - CAPITAN CORBETA CA CURBELO INTERNATIONAL AIRPORT | PUNTA DEL ESTE | | | URUGUAY | UNKNOWN | PRESENT |
| AIRPORT | PEM - PADRE ALDAMIZ INTERNATIONAL AIRPORT | PUERTO MALDONADO | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | PIU - PIURA - CAPITÁN FAP GUILLERMO CONCHA IBERICO INTERNATIONAL AIRPORT | PIURA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | PMC - EL TEPUAL AIRPORT | PUERTO MONTT | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | PMW - PALMAS–BRIGADEIRO LYSIAS RODRIGUES AIRPORT | PALMAS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | PNT - TTE. JULIO GALLARDO AIRPORT | PUERTO NATALES | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | POA - SALGADO FILHO INTERNATIONAL AIRPORT | PORTO ALEGRE | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | PPT - FAA'A INTERNATIONAL AIRPORT | PAPETE | | | TAHITI | UNKNOWN | PRESENT |
| AIRPORT | PUJ - PUNTA CANA INTERNATIONAL AIRPORT | PUNTA CANA | | | DOMINICAN REPUBLIC | UNKNOWN | PRESENT |
| AIRPORT | PUQ - PDTE. CARLOS IBAÑEZ DEL CAMPO AIRPORT | PUNTA ARENAS | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | PVH - PORTO VELHO-GOVERNADOR JORGE TEIXEIRA DE OLIVEIRA INTERNATIONAL AIRPORT | PORTO VELHO | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | RAO - DR. LEITE LOPES–RIBEIRÃO PRETO STATE AIRPORT | RIBEIRO PRETO | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | RBR - RIO BRANCO-PLÁCIDO DE CASTRO INTERNATIONAL AIRPORT | RIO BRANCO | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | REC - AEROPORTO INTERNACIONAL DO RECIFE/GUARARAPES | RECIFE | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | RGL - PILOTO CIVIL N. FERNÁNDEZ AIRPORT | RIO GALLEGOS | SANTA CRUZ | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | ROS - ISLAS MALVINAS AIRPORT | ROSARIO | SANTA FE | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | SANTA MARIA ARPT (AJU) | ARACAJU | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | SCL - COMODORO ARTURO MERINO BENÍTEZ INTERNATIONAL AIRPORT | SANTIAGO | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | SCY - SAN CRISTÓBAL AIRPORT | SAN CRISTÓBAL | | | ECUADOR | UNKNOWN | PRESENT |
| AIRPORT | SDU - RIO DE JANEIRO-SANTOS DUMONT AIRPORT | SANTOS DUMOND | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | SFO - SAN FRANCISCO INTERNATIONAL AIRPORT | SAN FRANCISCO | | | | UNKNOWN | PRESENT |
| AIRPORT | SJO - JUAN SANTAMARÍA INTERNATIONAL AIRPORT | SAN JOSÉ | | | COSTA RICA | UNKNOWN | PRESENT |
| AIRPORT | SJP - PROF. ERIBELTO MANOEL REINO–SÃO JOSÉ DO RIO PRETO STATE AIRPORT | SÃO JOSÉ DO RIO PRETO | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | SLA - MARTIN MIGUEL DE GUEMES INTERNATIONAL AIRPORT | SALTA | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | SLZ - MARECHAL CUNHA MACHADO INTERNATIONAL AIRPORT | SÃO LUIZ | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | SMR - AEROPUERTO INTERNACIONAL SIMÓN BOLÍVAR | SANTA MARTA | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | SSA - SALVADOR – DEPUTADO LUÍS EDUARDO MAGALHÃES INTERNATIONAL AIRPORT | SALVADOR | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | STM - MAESTRO WILSON FONSECA AIRPORT | SANTARÉM | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | SYD - SYDNEY (KINGSFORD SMITH) AIRPORT | SYDNEY | | | AUSTRALIA | UNKNOWN | PRESENT |
| AIRPORT | TBP - TUMBES - CAPITAN FAP PEDRO CANGA RODRIGUEZ AIRPORT | TUMBES | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | TCQ - TACNA - CORONEL FAP CARLOS CIRIANI SANTA ROSA INTERNATIONAL AIRPORT | TACNA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | THE - SENADOR PETRÔNIO PORTELA AIRPORT | TERESINA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | TLV - BEN GURION AIRPORT | TEL AVIV | | | ISRAEL | UNKNOWN | PRESENT |
| AIRPORT | TPP - TARAPOTO - CADETE FAP GUILLERMO DEL CASTILLO PAREDES AIRPORT | TARAPOTO | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | TRU - TRUJILLO - CAPITAN FAP CARLOS MARTINEZ DE PINILLOS INTERNATIONAL AIRPORT | TRUJILLO | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | TUC - TENIENTE BENJAMIN MATIENZO AIRPORT | TUCUMAN | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | TYL - TALARA - CAPITAN MONTES AIRPORT | TALARA | | | PERU | UNKNOWN | PRESENT |
| AIRPORT | UDI - UBERLÂNDIA–TEN. CEL. AV. CÉSAR BOMBONATO AIRPORT | UBERLANDIA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | UIO - MARISCAL SUCRE INTERNATIONAL AIRPORT | QUITO | | | ECUADOR | UNKNOWN | PRESENT |
| AIRPORT | UNA - UNA-COMANDATUBA AIRPORT | COMANDATUBA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | USH - MALVINAS ARGENTINAS AIRPORT | USHUAIA | TIERRA DEL FUEGO | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT | VCP - VIRACOPOS – CAMPINAS INTERNATIONAL AIRPORT | VIRACOPOS | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | VIX - EURICO DE AGUIAR SALLES AIRPORT | VITORIA | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | VUP - AEROPUERTO INTERNACIONAL DE VIRACOPOS | VALLEDUPAR | | | COLOMBIA | UNKNOWN | PRESENT |
| AIRPORT | VVI - VIRU VIRU INTERNATIONAL AIRPORT | SANTA CRUZ | | | BOLIVIA | UNKNOWN | PRESENT |
| AIRPORT | XAP - SERAFIN ENOSS BERTASO AIRPORT | CHAPECÓ | | | BRAZIL | UNKNOWN | PRESENT |
| AIRPORT | ZAL - PICHOY AIRPORT | VALDIVIA | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | ZCO - LA ARAUCANÍA AIRPORT | TEMUCO | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | ZOS - CAÑAL BAJO CARLOS - HOTT SIEBERT AIRPORT | OSORNO | | | CHILE | UNKNOWN | PRESENT |
| AIRPORT | KONINGIN BEATRIX LUCHTHAVEN Z/N, G2-100 | ORANJESTAD | | | ARUBA | 7/17/2013 | 10/25/2019 |
| AIRPORT OFFICE | AEP - JORGE NEWBERRY AIRPARK | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | AEROPUERTO ADOLFO SUÁREZ  MADRID BARAJAS T4 - PLANTA 2 - PF 98, 28042 MADRID - SPAIN | MADRID | | | SPAIN | 3/1/2016 | PRESENT |
| AIRPORT OFFICE | AEROPUERTO INTERNACIONAL GUSTAVO ROJAS PINILLA | SAN ANDRÉS | SAN ANDRÉS Y PROVIDENCIA | | COLOMBIA | 4/26/2017 | PRESENT |
| AIRPORT OFFICE | AEROPUERTO INTERNACIONAL JOSÉ MARÍA CÓRDOVA | MEDELLIN | ANTIOQUIA | | COLOMBIA | 3/14/2012 | PRESENT |
| AIRPORT OFFICE | BEN GURION AIRPORT, TERMINAL 3, 4TH FLOOR, TEL AVIV - STATE OF ISRAEL | TEL AVIV | | | ISRAEL | 9/1/2018 | PRESENT |

In re Holdco Colombia II SpA

Case No. 20-11276

SOFA: Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| AIRPORT OFFICE | BP 330 MAUREGARD - 95713 ROISSY CDG CEDEX | PARIS | | | FRANCE | 3/24/2013 | PRESENT |
| AIRPORT OFFICE | BRC - SAN CARLOS DE BARILOCHE | BARILOCHE | RIO NEGRO | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | COR - INGENIERO AMBROSIO TARAVELLA | CORDOBA | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | CRD - GENERAL ENRIQUE MOSCONI | COMODORO RIVADAVIA | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | EZE - MINISTRO PISTARINI INTERNATIONAL AIRPORT | EZEIZA | BUENOS AIRES | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | HEATHROW AIRPORT - LONDON,  ROOM 2501 - 3, TERMINAL 3 - MIDDLESEX  TW6 1AA - UK | LONDRES | | | UNITED KINGDOM | 6/1/2015 | PRESENT |
| AIRPORT OFFICE | IGR - CARLOS EDUARDO KRAUSE | IGUAZU | MISIONES | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | NAVE MODULAR 2-113 - AEROPUERTO MADRID BARAJAS - ESPAÑA | MADRID | | | SPAIN | 4/23/2014 | 4/22/2019 |
| AIRPORT OFFICE | RGL - PILOTO CIVIL N. FERNANDEZ | RIO GALLEGOS | SANTA CRUZ | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | RUTA 101 KM 19.950 | CANELONES | | | URUGUAY | 12/1/2009 | PRESENT |
| AIRPORT OFFICE | RUTA 93 KM 113 LAGUNA DEL SAUCE | MALDONADO | | | URUGUAY | 4/1/2005 | PRESENT |
| AIRPORT OFFICE | SAMQ - MENDOZA AIRPARK | MENDOZA | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | SLA - MARTIN MIGUEL DE GUEMES INTERNATIONAL | SALTA | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT OFFICE | TERMINAL 1 - AEROPUERTO EL PRAT - 08820 EL PRAT DE LLOBREGAT | BARCELONA | | | SPAIN | 9/15/2015 | PRESENT |
| AIRPORT OFFICE | TERMINAL 1 - FRANKFURT AIRPORT - 60549 FRANKFURT AM MAIN - GERMANY | FRANKFURT | | | GERMANY | 6/1/2013 | PRESENT |
| AIRPORT OFFICE | TERMINAL 1 PIANO 2, PORTA 18, AEROPORTO MALPENSA 21010 –FERNO - ITALIA | MILAN | | | ITALY | 10/1/2016 | PRESENT |
| AIRPORT OFFICE | TUC - TENIENTE BENJAMIN MATIENZO | TUCUMAN | | | ARGENTINA | UNKNOWN | PRESENT |
| AIRPORT PROPERTY | MIAMI INTERNATIONAL AIRPORT, 6500 NW 22ND ST | MIAMI | FL | 33122 | | UNKNOWN | PRESENT |
| BACK OFFICE | AEROPUERTO CAPITÁN FAP JOSÉ ABELARDO QUIÑÓNEZ GONZÁLES. AV. BOLOGNESI S/N, CHICLAYO – LAMBAYEQUE PERÚ | CHICLAYO | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | AEROPUERTO CARLOS MARTÍNEZ PINILLOS. AV. AEROPUERTO S/N COMUNIDAD CAMPESINAL HUANCHACO, TRUJILLO, REGIÓN LA LIBERTAD – PERÚ | TRUJILLO | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | AEROPUERTO INTERNACIONAL DE CUZCO-VELASCO ASTETE. AV. VELASCO ASTETE S/N HUANCHA, CUSCO, PERÚ | CUSCO | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | AV FRANCISCO CARLE S/N, JAUJA 12601 | JAUJA | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | AV. AEROPUERTO S/N, DISTRITO DE CERRO COLORADO. PROVINCIA Y DEPARTAMENTO AREQUIPA – PERÚ | AREQUIPA | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | AV. AVIACIÓN S/N, DISTRITO DE JULIACA, PROVINCIA DE SAN ROMÁN. DEPARTAMENTO DE PUNO – PERÚ | JULIACA | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | AV. CORPAC # 274 CASTILLA – PIURA | PIURA | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | AV. EJÉRCITO NRO. 950, DISTRITO DE AYACUCHO, PROVINCIA DE HUAMANGA DEPARTAMENTO DE AYACUCHO– PERÚ | AYACUCHO | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | AV. JOSÉ ABELARDO QUIÑONES, KM 6. IQUITOS DEPARTAMENTO DE LORETO, PERÚ | IQUITOS | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | CALLE ICA CDRA 6 S/N - SAN ANDRÉS, PISCO. | PISCO | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | CARRETERA CAJAMARCA – OTUZCO, KM 3, DEPARTAMENTO DE CAJAMARCA, PERÚ | CAJAMARCA | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | CARRETERA COSTANERA SUR KM 7 - 8 PAMPA DE PALOS, DISTRITO DE ILO, MOQUEGUA | ILO | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | CARRETERA FEDERICO BASADRE KM 5.5, CORONEL PORTILLO, PUCALLPA. | PUCALLPA | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | CARRETERA PANAMERICANA SUR S/N, KM 5, TACNA. | TACNA | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | CARRETERA PASTORA-LA JOYA KM 7, DISTRITO Y PROVINCIA DE TAMBOPATA, DEPARTAMENTO DE MADRE DE DIOS– PERÚ | PUERTO MALDONADO | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | JR. JORGE CHAVEZ Nº 1899 BARRIO HUAYCO, REGIÓN DE SAN MARTÍN – PERÚ | TARAPOTO | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | PANAMERICANA NORTE KM 1276, TUMBES, DEPARTAMENTO DE TUMBES, PERÚ. | TUMBES | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | SECTOR SHUMBA, DISTRITO DE BELLAVISTA, PROVINCIA DE JAEN. | JAEN | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE | TALARA ALTA S/N - PARIÑAS, PIURA | TALARA | | | PERU | UNKNOWN | PRESENT |
| BACK OFFICE, CHECK IN DESK, ADMINISTRATIVE AND OPERATIONAL | AV DE LAS AMERICAS S/N Y AV I AYORA | GUAYAQUIL | | | ECUADOR | UNKNOWN | PRESENT |
| BACK OFFICE, COUNTERS AND CARGO AND MAINTENANCE HOLD | AEROPUERTO INTERNACIONAL MATECAÑA | PEREIRA | RISARALDA | | COLOMBIA | UNKNOWN | PRESENT |
| BACK OFFICE, COUNTERS AND MAINTENANCE | AEROPUERTO EL ALCARAVÁN | YOPAL | CASANARE | | COLOMBIA | 7/24/2017 | PRESENT |
| BACK OFFICE, FRONT OFFICE AND CARGO HOLD | AEROPUERTO INTERNACIONAL SIMÓN BOLÍVAR | SANTAMARTA | MAGDALENA | | COLOMBIA | 2/1/2017 | PRESENT |
| BACK OFFICE, FRONT OFFICE, COUNTERS AND MAINTENANCE | AEROPUERTO INTERNACIONAL ALFREDO VASQUEZ COBO | LETICIA | AMAZONAS | | COLOMBIA | 1/26/2018 | PRESENT |
| BACK OFFICE, FRONT OFFICE, COUNTERS AND WINERY MAINTENANCE | AEROPUERTO INTERNACIONAL ERNESTO CORTISSOZ | BARRANQUILLA | ATLÁNTICO | | COLOMBIA | 8/22/2013 | PRESENT |
| BACK OFFICE, FRONT OFFICE, COUNTERS, CARGO WAREHOUSE AND MAINTENANCE | AEROPUERTO INTERNACIONAL RAFAEL NÚÑEZ | CARTAGENA | BOLÍVAR | | COLOMBIA | 10/20/2008 | PRESENT |
| BACK OFFICE, FRONT OFFICE, COUNTERS, PLATFORM SPACE, LUGGAGE SPACE AND MAINTENANCE | AEROPUERTO INTERNACIONAL CAMILO DAZA | CÚCUTA | NORTE DE ANTANDER | | COLOMBIA | 11/1/2013 | PRESENT |
| BACK OFFICE, FRONT OFFICE, MAINTENANCE AND CARGO HOLD | AEROPUERTO ALFONSO LÓPEZ PUMAREJO | VALLEDUPAR | CESAR | | COLOMBIA | 11/1/2013 | PRESENT |

In re Holdco Colombia II SpA

Case No. 20-11276

SOFA: Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| BAGGAGE | AV. DE LAS AMERICAS S/N | GUAYAQUIL | | | ECUADOR | UNKNOWN | PRESENT |
| CARGO OFFICE | ANCHORAGELAAN 38 \| FREIGHT STATION 9 \| 1118LD SCHIPHOL AIRPORT | AMSTERDAM | | | NETHERLANDS | 4/1/2020 | PRESENT |
| CARGO OFFICE | LATAM CARGO DIEGO BARROS ORTIZ PONIENTE, PUDAHUEL, REGIÓN METROPOLITANA | SANTIAGO | | | CHILE | UNKNOWN | PRESENT |
| CARGO OFFICE | PELIKAANWEG 11 \| 1118 DT SCHIPHOL AIRPORT | AMSTERDAM | | | NETHERLANDS | 8/25/2016 | 3/31/2020 |
| CARGO OFFICE | ULTIMAS NOTICIAS Y EL COMERCIO | QUITO | | | ECUADOR | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | 207 RUE DE BERCY, 75012 PARIS | PARIS | | | FRANCE | 5/6/2019 | PRESENT |
| COMMERCIAL OFFICE | A.H. JESUS PODEROSO AV. DE LOS HEROES 100 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. AEROPUERTO S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. ALFREDO MENDIOLA 1400 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. ALFREDO MENDIOLA 3698 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. ANGAMOS OESTE 662 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. AV. ELMER FAUCETT S-N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. BENAVIDES S/N INT S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. COLLASUYO 2964 INT REF. | CUSCO | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. CUZCO 245 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. DOS DE MAYO 1099 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. DOS DE MAYO 1099 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. EJERCITO 1009 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. EL EJERCITO 793 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. EL POLO 740 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. EL SOL 602 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. EL SOL 627 INT B | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. ELMER FAUCETT 2823 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. ELMER FAUCETT SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. FAUCETT SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. FELIPE SANTIAGO SALAVERRY SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. FERROCARRIL S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. FRANCISCO BOLOGNESI 300 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. GARCILAZO DE LA VEGA S N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. JAVIER PRADO ESTE 4200 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. JOSE PARDO 513 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. JOSE PARDO 513 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. LA MARINA 300 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. LA MOLINA 378 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. LEON VELARDE 513 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. NICOLAS AYLLON S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. OSCAR R. BENAVIDES 4921 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. SANTA CRUZ 771 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. TOMAS MARSANO 961 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. VELASCO ASTETE S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | AV. VENEZUELA CON A.UGARTE S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | BASTIONI DI PORTA NUOVA 21 - 20121  MILAN - ITALY | MILAN | | | ITALY | 6/1/2018 | PRESENT |
| COMMERCIAL OFFICE | CAL. APURIMAC 101 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | CAL. LIBERTAD 875 INT 01 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | CAL. MARISCAL CASTILLA S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | CAL. SAN MARTIN 275 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | CAL. UCELLO 162 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | CC.CC. PLAZA SAN MIGUEL AV. LA MARINA S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | FND. LA ESTRELLA 99B S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | FND. LAS CASUARINAS LOTE 05 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | GRU. PAGO SILPAY LA CARMELA LA S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. 9 DE DICIEMBRE 107 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. BOLOGNESI 250 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. PROSPERO 232 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. RAMIREZ HURTADO 183 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. SAN MARTIN REF. | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. SOR MANUELA GIL 151 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. TACNA 299 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. TARAPACA 805 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | JR. UCELLO 162 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | KAISERSTRAßE 5 - 60311 FRANKFURT AM MAIN - GERMANY | FRANKFURT | | | GERMANY | 6/1/2009 | PRESENT |

In re Holdco Colombia II SpA
Case No. 20-11276
SOFA: Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| COMMERCIAL OFFICE | LUIS ALBERTO DE HERRERA 1248 OF 1476 | MONTEVIDEO | | | URUGUAY | 7/30/2018 | PRESENT |
| COMMERCIAL OFFICE | OTR. MALDONADO 01 AV. ESQ. LEON VELARDE 503 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | POETA JOAN MARAGALL 1, PLANTA 1, 28020 MADRID - SPAIN | MADRID | | | SPAIN | 8/1/2013 | PRESENT |
| COMMERCIAL OFFICE | PRO. PASEO DE LA REPUBLICA S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | PZA. REGOCIJO 202 INT 112 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | SEC. FUNDO SANTA LUZMILA AV. ALFREDO MENDIOLA REF. LOTE 02 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | SEC. LAMBRAMANI AV. LAMBRAMANI 325 LOTE 2 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | UNIT 20, 2 CODA STUDIO, 189 MUNSTER ROAD, LONDON, SW6 6AW | LONDRES | | | UNITED KINGDOM | 6/7/2017 | PRESENT |
| COMMERCIAL OFFICE | URB. CERCADO JR. TUMBES 391 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. CHACARILLA DEL ESTANQUE CAL. MONTE BELLO 150 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. CHACARILLA DEL ESTANQUE CAL. MONTE BELLO 150 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. CHACARILLA DEL ESTANQUE JR. MONTERREY 246 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. CHICLAYO CAL. MANUEL MARIA IZAGA 770 INT 1PIS | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. EL INGENIO AV. AMERICA OESTE 750 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. EL INGENIO AV. AMERICA OESTE 750 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. LA PASCANA AV. TUPAC AMARU 3900 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. LAS FLORES 81 AV. PROCERES DE LA INDEPENDEN 1632 LOTE A-2 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. LAS GARDENIAS AV. ALFREDO BENAVIDES 5250 LOTE 3 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. LOS SIRIUS II ETAPA CAL. LAS RETAMAS 190 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. MATELLINI AV. PROLONG PASEO DE LA REP. S/N INT S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. MIRAFLORES AV. ANDRES A. CACERES 147 INT 51 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. SAN ANTONIO AV. ALFREDO BENAVIDES 1475 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. SANTA CATALINA AV. CANADA 1110 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. SELVA ALEGRE AV. MARISCAL BENAVIDES 421 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. SIRIUS CAL. RETAMAS 190 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | URB. VERSALLES DEL CARMEN O PI AV. DE LA CULTURA LOTE 3-4 | LIMA | | | PERU | UNKNOWN | PRESENT |
| COMMERCIAL OFFICE | Z.I. - AV. SANCHEZ CERRO S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| CORPORATE OFFICE | CALLE 100#7-33 | BOGOTA | CUNDINAMARCA | | COLOMBIA | 11/19/2015 | 12/1/2018 |
| COUNTER, BACK OFFICE, LUGGAGE STORAGE AND CARGO HOLD | AEROPUERTO INTERNACIONAL LOS GARZONES | MONTERÍA | CÓRDOBA | | COLOMBIA | 11/2/2010 | PRESENT |
| DOMESTIC CARGO WAREHOUSE | AEROPUERTO INTERNACIONAL PALONEGRO | BUCARAMANGA | SANTANDER | | COLOMBIA | 9/1/2013 | PRESENT |
| FAST OFFICE | ALMACENES FAST AIR OSVALDO CROQUEVILLE 2207, PUDAHUEL, REGIÓN METROPOLITANA | SANTIAGO | | | CHILE | UNKNOWN | PRESENT |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | AUTOPISTA NTE. #84-67 CENTRO COMERCIAL PUERTA DEL NORTE | MEDELLIN | ANTIOQUIA | | COLOMBIA | 6/8/2019 | PRESENT |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | AV. RICARDO MORGAN 575, MONTERREY | MONTERREY | NUEVO LEON | | MEXICO | UNKNOWN | PRESENT |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | AVENIDA 4 NORTE #46 LOCAL335. CENTRO COMERCIAL CENTENARIO | CALI | VALLE DEL CAUCA | | COLOMBIA | 7/28/2017 | 5/25/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | AVENIDA NQS CON 38A SUR | BOGOTA | CUNDINAMARCA | | COLOMBIA | 6/22/2016 | 8/1/2018 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CALLE 100 #7-33 PISO 17 BUSINESS WORK PLACE | BARRANQUILLA | ATLÁNTICO | | COLOMBIA | 4/15/2017 | 4/30/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CALLE 18S #45-03 CENTRO COMERCIAL SANTAFE | BOGOTA | CUNDINAMARCA | | COLOMBIA | 6/12/2017 | 5/14/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CALLE 74 #38D-113 | BARRANQUILLA | ATLÁNTICO | | COLOMBIA | 4/20/2017 | 3/7/2018 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CALLE ARICA 628 PISO 5, MIRAFLORES | LIMA | | | PERU | UNKNOWN | PRESENT |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CARRERA 100 #98-16. CENTRO COMERCIAL JARDÍN PLAZA | CALI | VALLE DEL CAUCA | | COLOMBIA | 9/4/2013 | PRESENT |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CARRERA 11B # 99-25 | BOGOTA | CUNDINAMARCA | | COLOMBIA | 12/1/2018 | 5/1/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CARRERA 26 #62-47. CENTRO COMERICAL GRAN ESTACIÓN | BOGOTA | CUNDINAMARCA | | COLOMBIA | 5/12/2016 | 3/31/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CARRERA 42 # 5 SUR - 145, | MEDELLIN | ANTIOQUIA | | COLOMBIA | 2/1/2020 | 5/1/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CARRERA 71D #6-94 SUR. CENTRO COMERCIAL PLAZA DE LAS AMÉRICAS | BOGOTA | CUNDINAMARCA | | COLOMBIA | 6/7/2017 | 5/15/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CARRERA 72# 80-94 CENTRO COMERCIAL TITAN | BOGOTA | CUNDINAMARCA | | COLOMBIA | 8/1/2019 | 5/15/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CL. 38 NTE. #6N – 45. CENTRO COMERCIAL CHIPICHAPE | CALI | VALLE DEL CAUCA | | COLOMBIA | 4/12/2017 | PRESENT |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CLL 100 #8A-49 TORRE B PISO 11 EDF. WTC. | BOGOTA | CUNDINAMARCA | | COLOMBIA | 8/16/2018 | 11/30/2018 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CR 43 A 30 25 LC 1148. CENTRO COMERCIAL PREMIUM PLAZA | MEDELLIN | ANTIOQUIA | | COLOMBIA | 6/15/2019 | 5/17/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CRA 48 # 50 SUR - 128 | MEDELLIN | SABANETA | | COLOMBIA | 6/7/2018 | 5/27/2019 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | CRA. 11 #1153. CENTRO COMERCIAL CACIQUE | BUCARAMANGA | SANTANDER | | COLOMBIA | 10/18/2017 | 4/23/2020 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | PAMPITE S/N Y DARIO DONOSO  EDIF.OFFICENTER PISO 1 OFC 112 | GUAYAQUIL | | | ECUADOR | UNKNOWN | PRESENT |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | TRV 93#51-98 | BOGOTA | CUNDINAMARCA | | COLOMBIA | 11/1/2011 | 7/24/2017 |
| FRONT OFFICE / BACK OFFICE / SALES OFFICE | VIA AL PUERTO MARITIMO KM 3.5 AV. 25 DE JULIO S/N Y SAN MIGU | GUAYAQUIL | | | ECUADOR | UNKNOWN | PRESENT |
| HANGAR | AEROPUERTO INTERNACIONAL EL DORADO | BOGOTA | CUNDINAMARCA | | COLOMBIA | 7/27/2017 | PRESENT |
| HANGAR, BACK OFFICE, CHECK IN DESK | VIA A TABABELA S/N Y VIA YARUQUI | QUITO | | | ECUADOR | UNKNOWN | PRESENT |
| KIOSKS | AEROPUERTO INTERNACIONAL DE LA CIUDAD DE MÉXICO | CDMX | | | MEXICO | UNKNOWN | PRESENT |
| LUGGAGE STORAGE | AEROPUERTO INTERNACIONAL ALFONSO BONILLA ARAGÓN | CALI | VALLE DEL CAUCA | | COLOMBIA | 3/13/2019 | PRESENT |
| MAINTENANCE | AV. ESPAÑA S/N Y ELIA LIUT | CUENCA | | | ECUADOR | UNKNOWN | PRESENT |
| MAINTENANCE | AVE DE LAS AMERICAS S/N ISIDRO AYORA | GPS | | | ECUADOR | UNKNOWN | PRESENT |
| MAINTENANCE | BUENOS AIRES  Y AV. 10 DE AGO | QUITO | | | ECUADOR | UNKNOWN | PRESENT |

20-11276-jlg   Doc 9   Filed 09/08/20   Entered 09/08/20 18:27:04   Main Document
Pg 32 of 36

In re Holdco Colombia II SpA
Case No. 20-11276
SOFA: Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| OFFICE PROPERTY | 222 PACIFIC COAST HWY | EL SEGUNDO | CA | 90245 | | UNKNOWN | PRESENT |
| OFFICE PROPERTY | 380 WORLD WAY GATE 152 | LOS ANGELES | CA | 90045 | | UNKNOWN | PRESENT |
| OFFICE PROPERTY | 380 WORLD WAY, SUITE 3212 | LOS ANGELES | CA | 90045 | | UNKNOWN | PRESENT |
| OFFICE PROPERTY | 600 THIRD AVE , 15TH FLOOR | NEW YORK | NY | 10016 | | UNKNOWN | PRESENT |
| OFFICE PROPERTY | 9403 JEFF FUQUA BOULEVARD, SUITE 8360 | ORLANDO | FL | 32827 | | UNKNOWN | PRESENT |
| OFFICE PROPERTY | AEROPUERTO INTERNACIONAL DE CANCÚN CARRETERA CANCUN-CHETUMAL KM22 75220 | CANCUN | QUINTANA ROO | | MEXICO | UNKNOWN | PRESENT |
| OFFICE PROPERTY | AV. NACIONES UNIDAS S/N Y AV. DE LOS SHYRIS | QUITO | | | ECUADOR | UNKNOWN | PRESENT |
| OFFICE PROPERTY | JFK TERMINAL 8 23-260A | JAMAICA | NY | 11430 | | UNKNOWN | PRESENT |
| OFFICE PROPERTY | JFK TERMINAL 8 RM 10-259F | JAMAICA | NY | 11430 | | UNKNOWN | PRESENT |
| OFFICE PROPERTY | PASEO DE LA REFORMA 243 PISO 19 COL. CUAUHTEMOC CDMX | CDMX | | | MEXICO | UNKNOWN | PRESENT |
| OFFICE PROPERTY | TERMINAL A, LATAM MAINTENANCE OFFICE | ORLANDO | FL | 32827 | | UNKNOWN | PRESENT |
| OFFICE PROPERTY | TERMINAL DE CARGAS DEL URUGUAY OF 110 | CANELONES | | | URUGUAY | 6/1/2010 | PRESENT |
| OFFICE PROPERTY | TERMINAL E COMMONLY REFERRED TO AS "ROOM 187 | BOSTON | MA | | | UNKNOWN | PRESENT |
| PARKING LOT | AMERICO VESPUCIO 901, RENCA | SANTIAGO | | | CHILE | 11/19/2019 | PRESENT |
| PARKING LOT | AV. PDTE. RIESCO 5711, LAS CONDES. | SANTIAGO | | | CHILE | 11/19/2019 | PRESENT |
| PREFERRED AIRPORT COUNTER | AEROPUERTO JORGE CHAVEZ | LIMA | | | PERU | 1/1/2019 | PRESENT |
| TICKET OFFICE (CTO) | AEROP.INTERN PADRE J.A S/N INT S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AEROPUERTO  C FAP FCO SEGADA VIGNETTA SN INT SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AEROPUERTO  C FAP G. DEL CASTILLO P. SN INT SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AEROPUERTO  C FAP GUILLERMO CONCHA I SN INT SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AEROPUERTO DE TALARA SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AERP CAP FAP D.ABENSUR.R S/N INT S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AK 104 #148-07 LOCAL 2-13. CENTRO COMERCIAL PLAZA IMPERIAL | BOGOTA | CUNDINAMARCA | | COLOMBIA | 7/1/2018 | PRESENT |
| TICKET OFFICE (CTO) | ALTO LAS CONDES - AV. PRESIDENTE KENNEDY N° 9001, LOCAL 2181, 2DO. NIVEL, LAS CONDES | SANTIAGO | | | CHILE | 11/18/2010 | PRESENT |
| TICKET OFFICE (CTO) | APTO CAP FAP JOSE ABELARD S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APTO CAP JOSE QUIÑONEZ G. SN | CHICLAYO | | | | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APTO CNEL FAP F SECADA V. S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APTO CRNL CARLOS CIRIANI SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APTO INCA MANCO CAPAC SN | JULIACA | | | | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APTO TNTE A RODRIGUEZ B. SN | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APTO TNTE A. VELASCO A. SN | CUSCO | | | | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APTO TNTE CARLOS MARTINEZ SN | TRUJILLO | | | | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APTO. CAP. FAP C.MARTINEZ S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | APUMANQUE - AV. MANQUEHUE SUR N° 031, LOCAL 20-22, LAS CONDES | SANTIAGO | | | CHILE | 10/19/2009 | PRESENT |
| TICKET OFFICE (CTO) | ARTURO PRAT 391 | ARICA | | | CHILE | 10/30/2006 | PRESENT |
| TICKET OFFICE (CTO) | ARTURO PRAT 445 | ANTOFAGASTA | | | CHILE | 5/30/2004 | PRESENT |
| TICKET OFFICE (CTO) | AV SANTA FE 3596 | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. ALEMANIA 585-B | TEMUCO | | | CHILE | 2/1/2019 | PRESENT |
| TICKET OFFICE (CTO) | AV. ALFREDO MENDIOLA 3698 TIENDA 112, 2DO PISO - CENTRO COMERCIAL MEGAPLAZA - INDEPENDENCIA | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. AMÉRICA OESTE 750 TIENDA 1055A. | TRUJILLO | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. ANDRÉS AVELINO CÁCERES 147 LC 51 URB. MIRAFLORES, CASTILLA - CENTRO COMERCIAL OPEN PLAZA PIURA - PIURA | PIURA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. ANIBAL PINTO 699 | IQUIQUE | | | CHILE | 4/1/2012 | PRESENT |
| TICKET OFFICE (CTO) | AV. BALMACEDA 2885, LOCAL 133 Y 134 | LA SERENA | | | CHILE | 9/23/2019 | PRESENT |
| TICKET OFFICE (CTO) | AV. BLANCO 180 | CASTRO | | | CHILE | 2/1/2015 | PRESENT |
| TICKET OFFICE (CTO) | AV. COLIPÍ 484 | COPIAPÓ | | | CHILE | 1/1/2018 | PRESENT |
| TICKET OFFICE (CTO) | AV. COLLASUYO LOCAL 2964, 1ER PISO LC 100C - CENTRO COMERCIAL REAL PLAZA CUSCO - CUSCO | CUSCO | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. EJERCITO 793 CENTRO COMERCIAL, MALL PLAZA B-1005 PISO 1 - CAYMA | AREQUIPA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. EJERCITO 950 | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. EL POLO 740 TIENDA A-217, 2DO PISO – CENTRO COMERCIAL EL POLO - SURCO | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. EL SOL 840, CERCADO - CUSCO | CUSCO | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. ESMERALDA 1044 | VALPARAÍSO | | | CHILE | 4/1/1997 | PRESENT |
| TICKET OFFICE (CTO) | AV. FELIPE SANTIAGO SALAVERRY CUADRA 24, LC 111 Y 112 - CENTRO COMERCIAL REAL PLAZA SALAVERRY - JESÚS MARÍA | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. GARCILAZO DE LA VEGA 1337 TIENDA 1001 - CENTRO COMERCIAL REAL PLAZA CENTRO CÍVICO - CERCADO DE LIMA | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. GRAMADO 560 | PUERTO VARAS | | | CHILE | 2/1/1999 | PRESENT |
| TICKET OFFICE (CTO) | AV. HOYOS RUBIO S N | LIMA | | | PERU | UNKNOWN | PRESENT |

In re Holdco Colombia II SpA
Case No. 20-11276
SOFA: Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| TICKET OFFICE (CTO) | AV. ISIDORA GOYENECHEA N° 2888, LAS CONDES | SANTIAGO | | | CHILE | 12/1/2017 | PRESENT |
| TICKET OFFICE (CTO) | AV. J. ALESSANDRI 3177 LOCAL BS 184-188 | CONCEPCION | | | CHILE | 6/26/2013 | PRESENT |
| TICKET OFFICE (CTO) | AV. JAVIER PRADO ESTE 4200 TIENDA 202, 2DO PISO – CENTRO COMERCIAL JOCKEY PLAZA - SURCO, CTO | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. JOSE PARDO 513 - MIRAFLORES | LIMA | | | PERU | UNKNOWN | 10/31/2019 |
| TICKET OFFICE (CTO) | AV. JUAN TANCA MARENGO Y AV. JOAQUIN ORRANTIA | GUAYAQUIL | | | ECUADOR | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. LA MARINA 2000 TIENDA 236-A, 2DO PISO – CENTRO COMERCIAL PLAZA SAN MIGUEL - SAN MIGUEL | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. LEÓN VELARDE 503 - PUERTO MALDONADO | PUERTO MALDONADO | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. LIBERTAD 1348. MALL MARINA ARAUCO | VIÑA DEL MAR | | | CHILE | 9/2/1999 | PRESENT |
| TICKET OFFICE (CTO) | AV. MAIPÚ 271 | VALDIVIA | | | CHILE | 8/19/2003 | PRESENT |
| TICKET OFFICE (CTO) | AV. NUÑEZ 4663 | CIUDAD DE CÓRDOBA | CORDOBA | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AV. O'HIGGINS 569 | OSORNO | | | CHILE | 9/1/2019 | PRESENT |
| TICKET OFFICE (CTO) | AV. TOMÁS MARSANO 961 LC 10 - CENTRO COMERCIAL OPEN PLAZA ANGAMOS - SURQUILLO | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | AVENIDA ACONQUIJA 2122 | SAN MIGUEL DE TUCUMÁN | | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | BALMACEDA 406 (FUSION LOCAL 406 Y 410) | LA SERENA | | | CHILE | 7/1/2005 | 11/30/2019 |
| TICKET OFFICE (CTO) | CABILDO 1072 | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | CALLE 19# 8-34 | PEREIRA | RISARALDA | | COLOMBIA | 2/15/2005 | 5/17/2020 |
| TICKET OFFICE (CTO) | CALLE 8 # 22-23 | YOPAL | CASANARE | | COLOMBIA | 5/1/2012 | 3/1/2018 |
| TICKET OFFICE (CTO) | CALLE 8 NRO. 869 | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | CALLE APURIMAC 101 ESQUINA CON AV. BOLOGNESI - TACNA | TACNA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | CALLE MANUEL MARÍA IZAGA Nº 770 - CHICLAYO | CHICLAYO | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | CAR. PANAMERICANA NORTE S N | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | CARRERA 7#32-48. CENTRO COMERICAL SAN MARTÍN | BOGOTA | CUNDINAMARCA | | COLOMBIA | 7/11/2011 | PRESENT |
| TICKET OFFICE (CTO) | CASEROS 476 | CIUDAD DE SALTA | SALTA | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | CHICLANA 344 | BAHIA BLANCA | BUENOS AIRES | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | COSTANERA CENTER - AV. ANDRÉS BELLO 2425 LOCAL 1218, PROVIDENCIA | SANTIAGO | | | CHILE | 2/1/2017 | PRESENT |
| TICKET OFFICE (CTO) | CR 29 #45-45 LOCAL 102. METROPOLITAN BUSINESS PARK | BUCARAMANGA | SANTANDER | | COLOMBIA | 12/23/2014 | PRESENT |
| TICKET OFFICE (CTO) | CRA. 29 ## 14-47. CENTRO COMERCIAL UNICENTRO | YOPAL | CASANARE | | COLOMBIA | 3/8/2018 | 3/30/2020 |
| TICKET OFFICE (CTO) | DUARTE QUIRÓS Nº 1400 | CIUDAD DE CÓRDOBA | CORDOBA | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | ELEUTERIO RAMIREZ 802 | OSORNO | | | CHILE | 9/1/2003 | 9/30/2019 |
| TICKET OFFICE (CTO) | ESTADO 82 | SANTIAGO | | | CHILE | 2/6/2015 | 3/31/2020 |
| TICKET OFFICE (CTO) | FLORIDA CENTER - AV. VICUÑA MACKENNA N° 6100, LOCAL 2089, 2DO. PISO, LA FLORIDA | SANTIAGO | | | CHILE | 5/12/2011 | PRESENT |
| TICKET OFFICE (CTO) | HIDALGO 26 | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | IRIGOYEN 347 | CIUDAD DE NEUQUÉN | NEUQUÉN | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | JR. 9 DE DICIEMBRE 107 | AYACUCHO | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | JR. MONTERREY 246 TIENDA 002, 1ER PISO – CENTRO COMERCIAL CAMINO DEL INCA - SURCO | LIMA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | JR. PRÓSPERO 232 - IQUITOS | IQUITOS | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | JR. RAMIREZ HURTADO 183 - TARAPOTO | TARAPOTO | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | JR. SOR MANUELA GIL 151 1ER NIVEL, CENTRO COMERCIAL EL QUINDE - CAJAMARCA | CAJAMARCA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | JR. TACNA 299 - PUNO | PUNO | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | JR.TARAPACÁ 805 - PUCALLPA | PUCALLPA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | JUNIN 501 | ROSARIO | SANTA FE | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | LAPRIDA 176 | SAN MIGUEL DE TUCUMÁN | | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | MALL ESPACIO URBANO 1110 LOCAL 3 | PUNTA ARENAS | | | CHILE | 4/18/2005 | PRESENT |
| TICKET OFFICE (CTO) | MANUEL BULNES 687 | TEMUCO | | | CHILE | 7/1/2002 | 5/31/2019 |
| TICKET OFFICE (CTO) | MANUEL BULNES 697 DPTO 5 | TEMUCO | | | CHILE | 7/1/2002 | 5/31/2019 |
| TICKET OFFICE (CTO) | MITRE 534 | SAN CARLOS DE BARILOCHE | BARILOCHE | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | O'HIGGINS 167 EDIFICIO PLAZA | PUERTO MONTT | | | CHILE | 12/30/1997 | 3/23/2020 |
| TICKET OFFICE (CTO) | PARANA 3745 | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | PARQUE ARAUCO - AV. PRESIDENTE KENNEDY N° 5413, LOCAL 503, 1 NIVEL, LAS CONDES | SANTIAGO | | | CHILE | 9/1/2015 | PRESENT |
| TICKET OFFICE (CTO) | PLAZA EGAÑA - AV. LARRAIN 5862, LOCAL S-1044, NIVEL 0, LA REINA | SANTIAGO | | | CHILE | 11/8/2018 | PRESENT |
| TICKET OFFICE (CTO) | PLAZA OESTE - AV. AMÉRICO VESPUCIO N° 1501, LOCAL BS-108 BOULEVARD FINANCIERO, CERRILLOS | SANTIAGO | | | CHILE | 7/17/2015 | PRESENT |
| TICKET OFFICE (CTO) | POMASQUI / SAN JOSE LOTE 3. | QUITO | | | ECUADOR | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | RAPA NUI - AV. ATAMU TEKENA ESQUINA AV. PONT S/N | ISLA DE PASCUA | | | CHILE | 9/1/2010 | PRESENT |
| TICKET OFFICE (CTO) | RIVADAVIA 256 | CIUDAD DE MENDOZA | MENDOZA | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | SAN LORENZO 309 PB | CIUDAD DE CÓRDOBA | CORDOBA | | ARGENTINA | UNKNOWN | PRESENT |

In re Holdco Colombia II SpA

Case No. 20-11276

SOFA: Part 7, Question 14 - Previous locations of debtor, all premises occupied and vacated within 3 years preceding commencement of this case

| Description of Location | Address 1 | City | State | Zip | Country | Date of Occupancy From | Date of Occupancy To |
|---|---|---|---|---|---|---|---|
| TICKET OFFICE (CTO) | SAN MARTIN SUR 2875 | CIUDAD DE MENDOZA | MENDOZA | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | SANTA FE 1120 | ROSARIO | SANTA FE | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | SARMIENTO 2685 | BUENOS AIRES | | | ARGENTINA | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | | AREQUIPA | | | PERU | UNKNOWN | PRESENT |
| TICKET OFFICE (CTO) | | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. AEROPUERTO CAPITAN FAP DAVID ABENZUR RENGIFO  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. AEROPUERTO CAPITÁN FAP RENÁN ELÍAS OLIVERA  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. AEROPUERTO DE ILO  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. AEROPUERTO DE JAEN  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. CAPITAN FAP GUILLERMO CONCHA IBERICO  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. CAPITAN FAP JOSE A. QUIÑONES GONZALES  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. CAPITAN FAP PEDRO CANGA RODRIGUEZ  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. CAPITAN FAP VICTOR MONTES ARIAS  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. CAPITAN FAP VICTOR MONTES ARIAS  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. COMANDANTE FAP GUILLERMO DEL CASTILLO PAREDES  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. CORONEL FAP CARLOS CIRIANI SANTA ROSA  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. CORONEL FAP FRANCISCO SECADA VIGNETTA  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. FRANCISCO CARLE  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. INT. ALEJANDRO VELASCO ASTETE  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. INT. ALFREDO RODRIGUEZ BALLON  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. INT. CAPITAN FAP ALFREDO MENDIVIL DUARTE  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. INT. CAPITÁN FAP CARLOS MARTÍNEZ DE PINILLOS  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. INT. INCA MANCO CAPAC  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. INT. JORGE CHAVEZ  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. INT. PADRE JOSÉ DE ALDALMIZ  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | APTO. MAYOR GENERAL FAP ARMANDO REVOREDO IGLESIAS  S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | AV. ELMER FAUCETT 3825 | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | AV. ELMER FAUCETT AEROPUERTO JORGE CHAVEZ S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | AV. ELMER FAUCETT S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | AV. OQUENDO MZ H R LOTE 1,2 | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | AV. PROLONGACION FAUCETT S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | CAR. AUTOPISTA PANAME. SUR 2001 | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | CAR. COSTANERA SUR KM 7-8 | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | FND. SAN AGUSTIN AV. CORONEL NESTOR GAMBETTA 3271 | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | JOSE ALAVEDRA TAMA SLS. 14-21 Y FRANCISCO RODRIGUEZ GARZON | GUAYAQUIL | | | ECUADOR | UNKNOWN | PRESENT |
| WAREHOUSE | OTR. AERP SAN ANDRES S/N | LIMA | | | PERU | UNKNOWN | PRESENT |
| WAREHOUSE | URB. INDUSTRIAL BOCANEGRA CAL. UNO MZ B LOTE 3 | LIMA | | | PERU | UNKNOWN | PRESENT |

In re Holdco Colombia II SpA
Case No. 20-11276
SOFA Part 10, Question 20 - Off-premises storage

| Storage Company | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contents | Debtor Still in Possession (Yes / No) |
|---|---|---|---|---|---|---|---|---|---|
| ALMACENAMIENTO DE DOCUMENTOS, SA DE CV | TLALNEPANTLA | | | MÉXICO | | | MEXICO | ARCHIVED DOCUMENTS | YES |
| ALPHA BROKERS CORPORATION | 5900 NW 97TH AVE | | | MIAMI | FL | 33178 | | ON-BOARD SUPPLIES | YES |
| ALPOPULAR ALMACEN GENERAL DE DEPÓSITOS S.A - ALPOPULAR S.A | DIAGONAL 24C #96B - 50 | | | BOGOTÁ | | | COLOMBIA | ARCHIVED DOCUMENTS | YES |
| AMERICAN LOGISTIC SAS | CARRERA 69 F NO. 17-45 ZONA INDUSTRIAL MONTEVIDEO | | | BOGOTÁ | | | COLOMBIA | MARKETING MATERIAL (P.O.P) | YES |
| CEVA FREIGHT LLC | 5601 NW 72ND AVENUE | | | MIAMI | FL | 33166-4207 | | EQUIPMENT FOR PLANE LAYOUT (SEATS, ETC) | YES |
| CITYBOX | OSE ALAVEDRA TAMA SLS. 14-21 Y FRANCISCO RODRIGUEZ GARZON | | | GUAYAQUIL | EC | | ECUADOR | FURNITURE | YES |
| DHL SUPPLY CHAIN CHILE S.A | BOULEVARD PONIENTE 1313, PARQUE 11, PUDAHUEL | | | SANTIAGO | | | CHILE | ON-BOARD SUPPLIES, EQUIPMENT FOR PLANE LAYOUT AND PROCUREMENT MATERIALS | YES |
| EXTRA SPACE STORAGE | 1017 E EL SEGUNDO BLVD | | | LOS ANGELES | CA | 90245 | | ARCHIVED DOCUMENTS | YES |
| FILESTORAGE | PAMPITE S/N Y DARIO DONOSO  EDIF.OFFICENTER PISO 1 OFC 112 | | | QUITO | | | ECUADOR | ARCHIVED DOCUMENTS | YES |
| GATE GOURMET COLOMBIA | AV. CALLE 26 N° 92 – 32 LOTE 1 | | | BOGOTÁ | | | COLOMBIA | CATERING MATERIALS | YES |
| GRM DOCUMENT MANAGEMENT | AV. LA CHUTANA MZ. Q LT. 04 " Z.I. LA CHUTANA, CHILCA CAÑETE - LIMA | | | LIMA | | | PERU | ARCHIVED DOCUMENTS | YES |
| IMC (INTERNATIONAL MEAL COMPANY) | CRA 103 # 25B 74 | | | BOGOTÁ | | | COLOMBIA | CATERING MATERIALS | YES |
| INVERSIONES MARITIMAS UNIVERSALES DEPOSITOS S.A. | CAL PIEDRA LIZA MZA M LOTE 8 ZAGR FUNDO LA TABOADA | | | | | | PERU | ON-BOARD SUPPLIES | YES |
| IRON MOUNTAIN | 2925 NW 120TH TERRACE, | | | MIAMI | FL | 33167 | | ARCHIVED DOCUMENTS | YES |
| IRON MOUNTAIN | CALLE LOS CLAVELES SECTOR 3 URB. LAS PRADERAS DE LURÍN | | | LURÍN | | | PERU | ARCHIVED DOCUMENTS | YES |
| IRON MOUNTAIN | AV. ELMER FAUCETT 3462 | | | CALLAO | | | PERU | ARCHIVED DOCUMENTS | YES |
| KUEHNE & NAGEL, S.A. | AVDA JAIME III - 21 - 07012 | | | PALMA DE MALLORCA | | 7012 | SPAIN | ON-BOARD SUPPLIES | YES |
| PORTRANS | VIA AL PUERTO MARITIMO KM 3.5 AV. 25 DE JULIO S/N Y SAN MIGU | | | GUAYAQUIL | | | ECUADOR | UNIFORMS | YES |
| U STORAGE VIADUCTO S.A. DE C.V. | VIAD. RÍO DE LA PIEDAD 571 | COL. GRANJAS MÉXICO | ALCALDIA IZTACALCO | MÉXICO | | 08400 | MEXICO | FURNITURE | YES |

In re Hola Colomba II SpA

Case No. 20-11276

SOFA Part 13, Question 26a - Bookkeepers and accountants used within 2 years of commencement of this case

| Name | Address | City | State | Zip | Country | Dates Services Rendered | Dates Services Rendered |
|------|---------|------|-------|-----|---------|------------------------|------------------------|
| RAMIRO ALFONSIN BALZA (CFO) | AV. PRESIDENTE RIESCO 5711, PISO 20 | SANTIAGO | | | CHILE | July-2016 | Present |
| JORGE MARIN (CONTROLLER) | AV. PRESIDENTE RIESCO 5711, PISO 20 | SANTIAGO | | | CHILE | April-2020 | Present |
| JORGE VILLA (CONTROLLER) | AV. PRESIDENTE RIESCO 5711, PISO 20 | SANTIAGO | | | CHILE | 1990 | May-2020 |